DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

3 MAY 2017

| 232P01-4 | State v. Michael Eugene Reed, II | Def's *Pro Se* Motion for PDR (COAP17-66) | Dismissed<br>**Hudson, J., recused** |
|---|---|---|---|
| 237P16-3 | Avery M. Riggsbee v. W. Baine Jones, Jr., Judge Government Employees | Plt's *Pro Se* Motion for Grant of Non-Stop Payout by Defendants | Dismissed |
| 245A08-2 | State v. Terrance Lowell Hyman | 1. State's Motion for Temporary Stay (COA16-398)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's Notice of Appeal Based Upon a Dissent<br><br>4. State's PDR as to Additional Issues<br><br>5. State's Petition for *Writ of Certiorari* to Review Decision of COA<br><br>6. Def's Motion to Dismiss Appeal | 1. Allowed **03/10/2017**<br><br>2. Allowed<br><br>3. —<br><br>4. Dismissed<br><br>5. Allowed<br><br>6. Denied |
| 254P04-2 | State v. Charles Francis Graham | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court, Mecklenburg County<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as moot |
| 266P16-2 | State v. Timothy Terrell Crandell | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Decision of COA (COAP17-41)<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as moot |
| 315PA15-2 | Quality Built Homes Incorporated and Stafford Land Company, Inc. v. Town of Carthage1. | Def's PDR Under N.C.G.S. § 7A-31 (COA15-115-2)<br><br>2. N.C. Water Quality Association and Seven Municipalities' Conditional Motion for Leave to File *Amicus* Brief | 1. Allowed<br><br>2. Allowed |
| 330A16 | Allscripts Healthcare, LLC v. Etransmedia Technology, Inc. | Motion to Admit Dana L. Salazar *Pro Hac Vice* | Allowed **03/24/2017** |